UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

| | |
|---|---|
| TROY GARDNER,<br><br>    Plaintiff,<br><br>V.<br><br>OFFICER YOUNG and OFFICER CRANE,<br><br>    Defendants. | Civil Action No. 5: 22-20-KKC<br><br><br><br>**JUDGMENT** |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1.  Plaintiff Troy Gardner's complaint [R. 1] is **DISMISSED** without prejudice.

2.  This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Entered:  February 1, 2022.

*[signature: Karen K. Caldwell]*

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY